ISABETTA BOFFE et al., as Administrators of the Estate of POLMARINO BOFFE, Deceased, Appellants, *v.* CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Respondent.

*Boffe v. Consolidated Telegraph & Electrical Subway Co.*, 171 App. Div. 392, affirmed.

(Submitted April 17, 1919; decided May 2, 1919.)

APPEAL from a judgment entered February 19, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendant. The Appellate Division directed a dismissal of the complaint on the ground that at the time of the commencement of the action letters of administration had not been issued to the plaintiffs.

*Rosario Maggio* for appellants.

*Thomas H. Beardsley* and *Charles I. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.